IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                        Case No.   15-00182-1-CR-W-DW

AARON T. FLETCHER,

          Defendant.

_____

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

     The above-named defendant, having appeared before the Court on June 24, 2015 and having testified under oath and made an affidavit as to his/her financial ability to employ counsel, the Court finds that the defendant is financially unable to obtain counsel and defendant not having waived counsel, it is

     ORDERED that Laine Cardarella, Federal Public Defender, and Steve Moss, Larry Pace, Anita Burns, Travis Poindexter, Robert Kuchar, Ronna Holloman-Hughes and William Raymond, Carie Allen, Todd M. Schultz, Assistant Federal Public Defenders, Scarritt Building, Suite 300, 818 Grand Avenue, Kansas City, Missouri 64106, telephone number (816) 471-8282; David R. Mercer, Ann Koszuth, Michelle Nahon, Ian A. Lewis and Michelle Law, Assistant Federal Public Defenders, 901 St. Louis Street, Suite 801, Springfield, Missouri 65806, telephone number (417) 873-9022 and Troy Stabenow, Assistant Federal Public Defender, 221 Bolivar Street, Suite 104, Jefferson City, MO 65101, telephone number (573) 636-8747, be, and they are hereby, appointed to represent the defendant before the Court and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                                      s/ Robert E. Larsen
                                                      ROBERT E. LARSEN
                                                      U.S. MAGISTRATE JUDGE

Kansas City, Missouri
June 24, 2015