

**CORRECTIONS CORPORATION OF AMERICA**
Leavenworth Detention Center
100 Highway Terrace
Phone: 913-727-3246
Fax: 913-727-2231

## FACSIMILE MESSAGE

DATE: 2-9-16

TO: Judge Robert Larsen

FROM: B Gudmens

CC Aaron Fletcher
FAX#: 816-512-5433

PAGES: 1        (INCLUDING COVER SHEET): 2

Clerk of Court and/or Honorable Judge Robert E. Larsen

re: Case number : 15-00182-01-CR-W-RK

Defendant:      AARON FLETCHER

    Please be advised that I am requesting a waiver of appearence based on medical issues regarding current status relating to nausea, possible seizures, and anxiety which may trigger effects during transport and/or wait time and appearance. Wherefore, and for good cause the defendant waives appearence or request a facility conference be conducted through video at the CCA/Leavenworth Detention Center in Leavenworth Kansas where the Defendant was advised said conference through video can be conducted at the facility if so required. This hearing is scheduled for February 11th, 2016 at 2:00 PM in the Western District, courtroom 6D, in Kansas City, Missouri. Please reply/confirm.

    Respectfully Submitted,

*[signature]*