# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>AARON T. FLETCHER,<br><br>        Defendant. | Case No. 15-00182-01-CR-W-DW |

## GOVERNMENT'S WITNESS LIST

The following is a list of witnesses the United States may call to testify during the Government's case-in-chief at trial, which commences September 19, 2016. The United States reserves the right to amend or supplement this witness list prior to trial.

1. Detective Scott Bagley             Richmond Police Department
   207 Summit Street
   Richmond, Missouri

2. Detective Matt Peterson             Richmond Police Department
   207 Summit Street
   Richmond, Missouri

3. JB, a minor child             c/o United States Attorneys' Office
   400 E. 9th Street, Room 5510
   Kansas City, Missouri

4. Rebecca Martin             c/o United States Attorneys' Office
   400 E. 9th Street, Room 5510
   Kansas City, Missouri

5. Special Agent Angie Jones             FBI Child Exploitation Task Force
   Kansas City, Missouri

6. Officer Eric Amyx             Richmond Police Department
   207 Summit Street
   Richmond, Missouri

| | | |
|---|---|---|
| 7. | Stephanie Randolph | Synergy Services<br>Child Advocacy Center<br>2001 NE Parvin Road<br>Kansas City, Missouri |
| 8. | Allison Martin | Children's Mercy Hospital<br>2401 Gillham Road<br>Kansas City, Missouri |
| 9. | Kathy Boles | Children's Mercy Hospital<br>2401 Gillham Road<br>Kansas City, Missouri |
| 10. | Detective Mark Estrada | Jackson County Sheriff's Dept<br>3310 NE Rennau Drive<br>Lee's Summit, Missouri |
| 11. | Forensic Analyst Lee Turner | HARCFL Crime Lab<br>4150 N. Mulberry Drive, Suite 250<br>Kansas City, Missouri |
| 12. | Sheila Ruzik | HARCFL Crime Lab<br>4150 N. Mulberry Drive, Suite 250<br>Kansas City, Missouri |
| 13. | Forensic Examiner Shane Hoffman | FBI Laboratory<br>2501 Investigation Parkway<br>Quantico, Virginia |

14. Forensic Examiner Karen Lowe        FBI Laboratory
2501 Investigation Parkway
Quantico, Virginia

Respectfully submitted,

Tammy Dickinson
United States Attorney

By   */s/ David Luna*

David Luna #57057
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 E. 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 4, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                            */s/ David Luna*
                                            David Luna
                                            Assistant United States Attorney